# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

June 9, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
  United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

FILED
JUN 1 3 2008  NF.
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:  **U.S. vs. Patrick Jones**
     **Our Case Number: 08-M-450**
     **Your Case Number: 08-CR-401**

Dear Mr. Dobbins:

   Enclosed is the record of proceedings before Magistrate Judge William E. Callahan, and various documents in the above-captioned case. Please acknowledge receipt on the enclosed copy of this letter.

                                        Very truly yours,
                                        JON W. SANIFILIPPO
                                        CLERK

                                        By: s/Karen Fahrenkrug
                                            Deputy Clerk

Enclosures
cc: AUSA Gordon Giampietro
    Pretrial Services
    U.S. Marshal
    Atty. Daniel Stiller

FILED
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CRIMINAL DOCKET FOR CASE #: 2:08-mj-00450-WEC All Defendants
**Internal Use Only**

Case title: USA v. Jones
Other court case number: 08-CR-401 Northern District of Illinois

Date Filed: 06/05/2008
Date Terminated: 06/05/2008

Assigned to: Magistrate Judge William E Callahan, Jr

### Defendant (1)

**Patrick Jones**
*TERMINATED: 06/05/2008*

represented by **Daniel W Stiller**
Federal Defender Services of Wisconsin Inc
517 E Wisconsin Ave - Rm 182
Milwaukee, WI 53202
414-221-9900
Fax: 414-221-9900
Email: daniel_stiller@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Gordon P Giampietro**<br>United States Department of Justice (ED-WI)<br>Office of the US Attorney<br>517 E Wisconsin Ave - Rm 530<br>Milwaukee, WI 53202<br>414-297-1700<br>Fax: 414-297-4526<br>Email: gordon.giampietro@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2008 | 1 | Documents Received from the N.D. of Illinois for Patrick Jones. (IN PAPER FORMAT)(kmf) (Entered: 06/09/2008) |
| 06/05/2008 | 2 | Minute Entry (WEC) Initial Appearance held on 6/5/08 as to Patrick Jones. Crt. advised deft. of rights. Govt.Deft. wishes to waive identity hrg. and requests prelim. and detention hrg. be held in charging district. Deft. signs waiver form. Crt. order deft. detained pending detention hrg. in charging district. (Tape #3:43:40-3:51:54) (kmf) (Entered: 06/09/2008) |
| 06/05/2008 | 3 | WAIVER of Rule 5 Identity Hearing by Patrick Jones. (kmf) (Entered: 06/09/2008) |
| 06/05/2008 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Patrick Jones. Defendant committed to the Northern District of Illinois. Signed by Magistrate Judge William E Callahan, Jr on 6/5/08. (cc: all counsel) (kmf) (Entered: 06/09/2008) |
| 06/05/2008 | | (Court only) ***Case Terminated as to Patrick Jones, ***Terminated defendant Patrick Jones, pending deadlines, and motions. (kmf) (Entered: 06/09/2008) |

# UNITED STATES DISTRICT COURT

Eastern District Of Wisconsin

| UNITED STATES OF AMERICA  V.  PATRICK JONES | COMMITMENT TO ANOTHER DISTRICT  08-M-450 |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Other (Specify)

charging a violation of _21_ U.S.C. § _841(a)(1)_

**DISTRICT OF OFFENSE**

NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**DESCRIPTION OF CHARGES:**

Knowingly + intentionally possess and distribute a controlled substance, Sch II

**CURRENT BOND STATUS:**

☐ Bail Fixed at [Bail Amount] and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (Specify)

Representation:    ☐ Retained Own Counsel    ☑ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☑ No    ☐ Yes    Language:

## EASTERN DISTRICT OF WISCONSIN

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/5/08
Date                                                             _William E. Callahan_
                                                                 WILLIAM E. CALLAHAN, JR., Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

4

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# United States District Court
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

**PATRICK JONES**
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: **08-M-450**

CHARGING DISTRICTS
CASE NUMBER:

I understand that charges are pending in the  Northern District of Illinois - Eastern Division

alleging violation of _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

[✓] identity hearing

( ) preliminary examination

[✓] identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

6/5/2008
Date

_____
Defense Counsel

3

# United States District Court
**EASTERN DISTRICT OF WISCONSIN**

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.   Deputy Clerk: Brenda

DATE: **June 5, 2008**   Court Reporter:

CASE NO. **08-M-450**   Time Called: 3:43:40

UNITED STATES v. **PATRICK JONES**   Time Concluded: 3:51:54

PROCEEDING: **INITIAL APPEARANCE**

UNITED STATES by: **Gordon Giampietro**

Probation Officer: *Darcy Zeiler*

Interpreter:

DEFENDANT: **Patrick Jones**, in person, and by

ATTORNEY: **Daniel Stiller**

---

Court gives background of case.
Court advised deft of his rights.
Court advised deft of his right to an identity hrg and right to plea guilty purs. to Rule 20 if the govt agrees in this district & district in Illinois.
Defense states deft is waiving identity hrg and request prelim hrg & det hrg in charging district.
Deft and defense counsel sign waiver of identity hrg in open court.
Court orders deft detained pending detention hrg in charging district.

2