## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 17 | **DATE** | 6/13/2008 |
| **CASE TITLE** | USA vs. Patrick Jones | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 6/13/2008. Defendant appears in response to arrest on 6/13/2008. Defendant informed of his rights. Stephen E. Eberhardt is appointed as counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:01

FILED
2008 JUN 13 PM 3:10
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|