## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

6-13-08

JUN 13 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of

U.S. v. Hicks

Case Number:

08 CR 401-17

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patrick Jones

| | |
|---|---|
| **NAME (Type or print)** STEPHEN E. EBERHARDT | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** s/ Stephen E. Eberhardt | |
| **FIRM** | |
| **STREET ADDRESS** 16710 OAK PARK AVENUE | |
| **CITY/STATE/ZIP** TINLEY PARK, IL. 60477 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6181963 | **TELEPHONE NUMBER** 708-633-9100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☒