CJA 23

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| US | vs. | Hicks | FOR | Northern Illinois |
| --- | --- | --- | --- | --- |

FILED

Chicago

**LOCATION NUMBER**

ILNCC

PERSON REPRESENTED (Show your full name)

Patrick Jones

JUN 1 3 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court
08 CR 401-17

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → ☒ Felony  ☐ Misdemeanor)

21 U.S.C. 846

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☒ No   ☐ Am Self Employed   SSI - Back Injury
Re-applying since 8/07

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount  $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | | Total Debt | Monthly Payt. |
| --- | --- | --- | --- |
| APARTMENT OR HOME: | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Patrick Jones                6/13/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.