UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No: 08 CR 401-17 |
| | ) | |
| v. | ) | |
| | ) | |
| **PATRICK JONES**, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO TRANSFER PLACE OF CUSTODY**

NOW COMES the Defendant, PATRICK JONES, by his undersigned counsel and seeks an Order of this Court ordering the United States Marshal and the Bureau of Prisons to transfer the Defendant to the MCC. In support thereof, the Defendant states the following:

1. The Defendant is currently being held in custody at the Kenosha County Jail, Kenosha, Wisconsin.

2. Defendant is not receiving appropriate medical care at the Kenosha County Jail.

1

WHEREFORE, the Defendant respectfully seeks an Order of this Court directing that the Defendant be transferred to the MCC.

>Respectfully submitted,
>
>*Stephen E. Eberhardt*
>Attorney for Defendant

STEPHEN E. EBERHARDT
16710 Oak Park Avenue
Tinley Park, IL 60477
708-633-9100

## CERTIFICATE OF SERVICE

      I, Stephen E. Eberhardt, an Attorney, certify that on July 24, 2008, I served the attached document on the below listed parties pursuant to Fed.R.Crim.P.49, Fed.R.Civ.P 5, L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

                                              */s/ Stephen E. Eberhardt*
                                              STEPHEN E. EBERHARDT
                                              16710 S. Oak Park Avenue
                                              Tinley Park, IL 60477
                                              708-633-9100

Sharon R. Fairley
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

Via U.S. Mail to:

Patrick Jones
#8197J-000
Kenosha County Jail
1000 55th Street
Kenosha, WI 53140

Case 1:08-cr-00401     Document 218     Filed 07/24/2008     Page 4 of 4