UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No: 08 CR 401-17 |
| | ) | |
| v. | ) | |
| | ) | |
| **PATRICK JONES**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Sharon R. Fairley
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60604

    PLEASE TAKE NOTICE that on July 29, 2008, I shall appear before the Honorable Martin C. Ashman in Courtroom usually occupied by him at the United States Courthouse located at 219 S. Dearborn, Chicago, IL 60604, for hearing on the attached **MOTION FOR TRANSFER PLACE OF CUSTODY**, copies of which are hereby served on you.

                                                 *Stephen E. Eberhardt*
                                                 Attorney for Defendant

STEPHEN E. EBERHARDT
16710 Oak Park Avenue
Tinley Park, IL 60477
708-633-9100

**CERTIFICATE OF SERVICE**

    I, Stephen E. Eberhardt, an Attorney, certify that on July 24, 2008, I served the attached document on the below listed parties pursuant to Fed.R.Crim.P.49, Fed.R.Civ.P 5, L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

                                              */s/ Stephen E. Eberhardt*
                                              STEPHEN E. EBERHARDT
                                              16710 S. Oak Park Avenue
                                              Tinley Park, IL 60477
                                              708-633-9100

Sharon R. Fairley
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

Via U.S. Mail to:

Patrick Jones
#8197J-000
Kenosha County Jail
1000 55th Street
Kenosha, WI 53140