Minute Order Form (06/97)

**United States District Court, Northern District of Illinois**



| Name of Assigned Judge or Magistrate Judge | JUDGE ZAGEL ~~MAGISTRATE JUDGE ASHMAN~~ | Sitting Judge If Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08-CR-00401 | DATE | AUGUST 21, 2008 |
| CASE TITLE | US v. ISAIAH HICKS, et al | | 08CR 401 |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge ___Geraldine Soat Brown___

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE AS TO ISAIAH HICKS, KEVIN MASUCA, DANIEL COPRICH, UBEX LOPEZ, GLENN ISLAND, SHEMIKA MASON, JOHNNIE LAVELL YOUNG, JOSHUA McELROY, PATRICK JONES, SCOTT O'NEAL and JOE LONG. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO IVORY WATSON, AHMAD WILLIAMS, SANFORD TOWNSEND, JR., VINCENT STRAUGHTER, COREY WILLIAMS, JAMAL WASHINGTON, ANDREA THOMAS, MICHAEL GONZALEZ, ROMELL HOLLINGSWORTH, DESHAUN GERMANY, CHRISTOPHER GAVIN, LATASHA WILLIAMS, ETHEL HAROLD, MAXINE RUFFETTI, and MAY WATSON. WARRANT PREVIOUSLY ISSUED ON 20 MAY 2008 AS TO DWAYNE GARRETT. DEFENDANT IS A FUGITIVE.

**FILED**

AUG 2 1 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#